FILED & ENTERED

NOV 03 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zick        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case. No. 9:10-bk-14200-PC |
| | ) | |
| JUAN CARLOS ZAPATA, | ) | Adversary No. 9:15-ap-01015-PC |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| JUAN CARLOS ZAPATA, | ) | **ORDER DISMISSING ADVERSARY** |
| | ) | **PROCEEDING WITHOUT** |
| Plaintiff, | ) | **PREJUDICE** |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| INC., et al., | ) | Date:   November 3, 2016 |
| | ) | Time:   10:00 a.m. |
| | ) | Place:  United States Bankruptcy Court |
| | ) | Courtroom # 201 |
| Defendants. | ) | 1415 State Street |
| | ) | Santa Barbara, CA  93101 |

At the above captioned date and time, the court considered its Order Directing Plaintiff and Defendants to Appear and to Show Cause Why Adversary Should Not Be Dismissed ("OSC") entered on October 3, 2016.  Appearances were stated on the record.  Having considered the OSC and the response of Plaintiff, Juan Carlos Zapata thereto, the evidentiary

record, and argument at the hearing, and based upon findings of fact and conclusions of law

stated on the record pursuant to F.R.Civ.P. 52(a)(1), as incorporated into FRBP 7052, it is

ORDERED that the above referenced adversary proceeding is dismissed without

prejudice.

###

Date: November 3, 2016

Peter H. Carroll
United States Bankruptcy Judge